THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| BEATRICE M. ROCHE,<br><br>            Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT, LOWE'S #2712, LOWE'S HIW, INC.; and DOES 1 through 30, Inclusive,<br><br>            Defendant(s). | CASE NO.: 1:15-CV-01366-LJO-SKO<br><br>(Madera County Superior Court Case No.: MCV070373)<br><br>**ORDER REMANDING PURSUANT TO STIPULATION** |

Based upon the parties' stipulation to remand this matter to state court, Doc. 9, the case is **REMANDED** to the Madera County Superior Court Case No.: MCV070373

IT IS SO ORDERED.

Dated:   **December 11, 2015**            /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE